

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2015

No. 04-14-00742-CR

Andres Solis **VIELMA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-12304-CR
Honorable Bert Richardson, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to February 23, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Daniel J. Kindred                    Nancy B. Barohn
     38th Judicial District Attorney       Attorney At Law
     3102 Avenue G                         1202 South Alamo Street
     Hondo, TX 78861                       San Antonio, TX 78210